UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD H., <br><br>　　　　　　　　　　Plaintiff, <br><br>v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　　　　　　　　Defendant. | Case No.: 20cv1123-RBB <br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) [ECF NO. 22]** |

　　　　On December 14, 2022, Young Cho, Esq., counsel for Plaintiff Donald H., filed a Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(B) ("Motion") [ECF No. 22]. The Court hereby **ORDERS**:

　　　　1.　　Plaintiff's response to the Motion must be filed no later than January 11, 2023. Plaintiff's counsel must promptly provide Plaintiff with a copy of this Order and must electronically file his response, if any.

　　　　2.　　The Commissioner must respond to the Motion or advise the Court that it takes no position on counsel's fee request by January 11, 2023.

1

3. Counsel's reply in support of the Motion, if any, must be filed no later than <u>January 18, 2023</u>.

Pursuant to Civil Local Rule 7.1(d)(1), and unless otherwise ordered by the Court, the Motion will be taken under submission and decided on the papers. Therefore, no hearing is scheduled, and no personal appearances are required.

**IT IS SO ORDERED**.

Dated:  December 16, 2022

_____
Hon. Ruben B. Brooks
United States Magistrate Judge