UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE MICHAEL S. BERG | **ORDER OF TRANSFER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge Michael S. Berg for all further proceedings. All conferences or hearing dates previously set before Judge Brooks will remain as scheduled before Judge Berg. Any dates set before the district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 21cv1568-RBB | Ditter v. Kijakazi |
| 17cv953-JAH | Ross v. Kernan |
| 20cv1732-JAH | Parkside/El Centro Homeowners Ass'n v. Travelers Cas. Ins. Co., etc. |

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | 22cv1605-AJB | J.G. v. San Diego Unified School District et al. |
| 2 | 20cv1123-RBB | Hughes v. Kijakazi |

Dated: January 6, 2023

_____
Hon. Ruben B. Brooks
United States Magistrate Judge